

# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**
One California Street
18th Floor
San Francisco, CA 94111

415-362-6000
415-834-9070 (fax)
www.hinshawlaw.com

December 23, 2009

Elizabeth D. Laporte
United States Magistrate Judge
United States District Court for the Northern
District of California
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Dimeola v. G.C. Services L.P., et al.*
USDC, Northern District of California, San Francisco Division
Case No. CV 09 3654 EDL

Dear Judge Laporte:

Pursuant to Local ADR Rules, Rule 5-10(d), this letter is to request that defendant G.C. Services' representative, Mr. Joe Van Nest, be excused from personally appearing at the Early Neutral Evaluation conference scheduled in this matter for Monday, January 25, 2010. Mr. Van Nest is employed by and works at defendant G.C. Services Ltd.'s headquarters in Houston, TX. Mr. Van Nest will be available by telephone for the Early Neutral Evaluation conference and will fully participate in the process.

The amount in controversy in this action is $2,000, the statutory damages available for plaintiff's unfair debt collection practices claims.

Plaintiff Teresa Dimeola's attorney Laura Shipiro has not responded to my inquiry as to this application for an order permitting Mr. Van Nest to appear at the ENE by telephone.

Thank you very much for your consideration.

Elizabeth D. Laporte
December 23, 2009
Page 2

 

If you have any questions, please have your clerk contact me.

Very truly yours,

HINSHAW & CULBERTSON LLP

David I. Dalby
ddalby@hinshawlaw.com

DID/sjp

cc:    Alice M. Fiel, ADR Case Administrator, United States District Court, Northern District of California, ADR Program, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102

       Sadhana Narayan, The Narayan Law Firm, 2040 Pioneer Court, Second Floor, San Mateo, CA 94403

       Lara Ruth Shapiro, Law Offices of Lara R. Shapiro, 4145 Via Marina, No. 324, Marina Del Rey, CA 90292

```
 1  DAVID I. DALBY (SBN: 114750)
    HINSHAW & CULBERTSON LLP
 2  One California Street, 18th Floor
    San Francisco, CA 94111
 3  Telephone:   415-362-6000
    Facsimile:   415-834-9070
 4  ddalby@hinshawlaw.com

 5  Attorneys for Defendant
    G.C. Services L.P.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Teresa DiMeola<br><br>      Plaintiffs,<br><br>vs.<br><br>G.C. Services L.P.; and DOES 1-10, inclusive<br><br>      Defendants. | Case No. CV 09 3654 EDL<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO APPEAR BY TELEPHONE AT THE EARLY NEUTRAL EVALUATION CONFERENCE<br><br>Hon. Elizabeth D. Laporte<br><br>Complaint Filed:   August 10, 2009 |

On or about December 24, 2009, attorneys for defendant G.C. Services Limited Partnership filed a request for G.C. Services Limited Partnership's representative, Mr. Joe Van Nest, to appear by telephone at the Early Neutral Evaluation conference scheduled for Monday, January 25, 2010 at 10:00 a.m. Good cause appearing, it is hereby ordered that the request is granted. G.C. Services Limited Partnership's representative, Mr. Joe Van Nest, may appear at the Early Neutral Evaluation conference by telephone and shall be available at all time during the conference to participate by telephone.

DATED: ~~December __, 2009~~
      1/12/2010

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

[GRANTED stamp signed by Judge Vaughn R Walker]

2989597v1 903703

1

[PROPOSED] ORDER GRANTING APPLICATION TO APPEAR BY TELEPHONE AT
THE EARLY NEUTRAL EVALUATION CONFERENCE – Case No. CV 09 3654 EDL