UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TERESA DIMEOLA**

    Plaintiff(s),                               No. C-**09-03654** EDL

    v.                                     **ORDER OF CONDITIONAL DISMISSAL**

**GC SERVICES**

    Defendants.

_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: March 8, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge